IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ED TEAGUE II, and DIANNA L. SHOULTS, | 8:17CV302 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| REGENT FINANCIAL GROUP, INC., et. al, | |
| Defendants. | |

Plaintiffs have filed a pro se motion to amend their complaint to substitute Lighting the Path Christian Trust as the named plaintiff. Plaintiffs ask to file their amended complaint pro se and as trustees for the Trust. (Filing No. 16).

Lighting the Path Christian Trust, a trust, cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994).

Accordingly,

IT IS ORDERED that Plaintiffs' motion to amend the complaint to bring a claim on behalf of Lighting the Path Christian Trust (instead of in their own capacities), (Filing No. 16), is denied.

September 12, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge